DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK EUGENE PORTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1249

[January 18, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2012-CF-001939-A.

Mark Porter, Perry, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***